1  Georgeana K. Roussos, CA Bar No. 152144
   77 McAllister Street
2  San Francisco, CA 94102
   Tel. (415) 252-1922
3  Fax.(415) 252-1919
4
   Attorney for Plaintiff Thomas Brock
5

## UNITED STATES DISTRICT COURT

## NORTHERN DISTRICT OF CALIFORNIA

## SAN FRANCISCO, CALIFORNIA

| THOMAS BROCK, | ) CIVIL NO. 08-4829 CRB |
|---|---|
| Plaintiff, | ) |
| Vs. | ) STIPULATION AND ORDER |
| | ) EXTENDING TIME TO FILE |
| MICHAEL J. ASTRUE, | ) PLAINTIFF'S MOTION FOR |
| Commissioner of Social Security | ) SUMMARY JUDGMENT |
| Defendant. | ) |

IT IS HEREBY STIPULATED by and between the U.S. Attorney's Office and Thomas Brock, subject to the approval of the Court, that plaintiff Thomas Brock may have an extension of 14 days in which to file his Motion for Summary Judgment in the matter of Brock v. Astrue, Civil No. 08-4829 CRB. Plaintiff's Motion for Summary Judgment is now due March 18, 2009. This is plaintiff's first request.

//
//
//
//

1  Dated: 3/4/09                              By: /s/ G. Roussos
2                                             GEORGEANA ROUSSOS
3                                             Attorney for Plaintiff

7                                             By: JOSEPH P. RUSSONIELLO
                                              United States Attorney
8

10  Dated: 3/5/9                              By: /s/
11                                            JACQUELINE A. FORSLUND
                                              Assistant U.S. Attorney
12

15  PURSUANT TO STIPULATION, IT IS SO ORDERED:

18  Dated: March 10, 2009                     By:
19                                            CHARLES R. BREYER

**IT IS SO ORDERED**
Judge Charles R. Breyer

UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF CALIFORNIA