1  Georgeana K. Roussos, CA Bar No. 152144
   77 McAllister Street
2  San Francisco, CA 94102
   Tel. (415) 252-1922
3  Fax.(415) 252-1919

4  Attorney for Plaintiff Thomas Brock

5

6

7              UNITED STATES DISTRICT COURT

8            NORTHERN DISTRICT OF CALIFORNIA

9                SAN FRANCISCO, CALIFORNIA

10

11

12 THOMAS BROCK,              ) CIVIL NO. 08-4829 CRB
                              )
13        Plaintiff,          )
                              ) STIPULATION AND ORDER
14    Vs.                     ) EXTENDING TIME TO FILE
                              ) PLAINTIFF'S MOTION FOR
15 MICHAEL J. ASTRUE,         ) SUMMARY JUDGMENT
16 Commissioner of Social Security )
                              )
17        Defendant,          )
                              )
18 _____)

19 IT IS HEREBY STIPULATED by and between the U.S. Attorney's Office and Thomas Brock, subject to
20 the approval of the Court, that plaintiff Thomas Brock may have an extension of 21 days in which to file
21 his Motion for Summary Judgment in the matter of Brock v. Astrue, Civil No. 08-4829 CRB. Plaintiff's
22 Motion for Summary Judgment is now due April 13, 2009.
23
24 //
25 //
26 //
27 //
28

1  Dated: 3/31/09        By: /s/ G. Roussos
2                             GEORGEANA ROUSSOS
                              Attorney for Plaintiff
3
4
5
6                         By: JOSEPH P. RUSSONIELLO
7                             United States Attorney
8
9  Dated: 4-2-9          By: /s/
10                            JACQUELINE A. FORSLUND
                              Assistant U. S. Attorney
11
12
13
14 PURSUANT TO STIPULATION, IT IS SO ORDERED:
15
16
17
18 Dated: April 3, 2009   _____
                          CHARLES R. BREYER
19                        United States District Judge
20
21                        IT IS SO ORDERED
22                        /s/ Judge Charles R. Breyer
23
24
25
26
27
28