1  Georgeana K. Roussos, CA Bar No. 152144
   77 McAllister Street
2  San Francisco, CA  94102
   Tel. (415) 252-1922
3  Fax.(415) 252-1919

4  Attorney for Plaintiff Thomas Brock

5

6

7                    UNITED STATES DISTRICT COURT

8                    NORTHERN DISTRICT OF CALIFORNIA

9                    SAN FRANCISCO, CALIFORNIA

10

11

12  THOMAS BROCK,                    )  CIVIL NO. 08-4829 CRB
                                     )
13       Plaintiff,                  )
                                     )  STIPULATION AND ORDER
14       Vs.                         )  EXTENDING TIME TO FILE
                                     )  PLAINTIFF'S ANSWER TO
15  MICHAEL J. ASTRUE,               )  DEFENDANT'S CROSS MOTION
16  Commissioner of Social Security  )  FOR SUMMARY JUDGEMENT.
                                     )
17       Defendant,                  )
18  _____  )

19

20  IT IS HEREBY STIPULATED by and between the U.S. Attorney's Office and Thomas Brock, subject to

21  the approval of the Court, that Plaintiff Thomas Brock may have an extension of 30 days in which to file

22  his Answer to Defendant's Cross Motion for Summary Judgment in the matter of Brock v. Astrue, Civil

23  No. 08-4829 CRB.  Plaintiff's Answer is now due July 03, 2009.

24  //
25  //
26  //
27  //
28

1
2    Dated: 6/3/09                                By: /s/ G. Roussos
3                                                 GEORGEANA ROUSSOS
                                                  Attorney for Plaintiff
4
5
6
7                                                 By: JOSEPH P. RUSSONIELLO
                                                  United States Attorney
8
9
10   Dated:_____                        By:_____
                                                  Brenda M. Pullin
11                                                Special Assistant U. S. Attorney
12
13
14
15   PURSUANT TO STIPULATION, IT IS SO ORDERED:
16
17
18   Dated: June 4, 2009                          By:_____
                                                  CHARLES R. BREYER
19                                                United States District Judge
20
21                                                IT IS SO ORDERED
22                                                /s/ Charles R. Breyer
                                                  Judge Charles R. Breyer
23
24
25
26
27
28