Georgeana K. Roussos, CA Bar No. 152144
77 McAllister Street
San Francisco, CA 94102
Tel. (415) 252-1922
Fax.(415) 252-1919

Attorney for Plaintiff Thomas Brock

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

SAN FRANCISCO, CALIFORNIA

|  |  |
|---|---|
| THOMAS BROCK,<br><br>    Plaintiff,<br><br>Vs.<br><br>MICHAEL J. ASTRUE,<br>Commissioner of Social Security<br><br><br>    Defendant, | CIVIL NO. 08-4829 CRB<br><br>STIPULATION AND ORDER<br>EXTENDING TIME TO FILE<br>PLAINTIFF'S ANSWER TO<br>DEFENDANT'S CROSS MOTION<br>FOR SUMMARY JUDGEMENT. |

IT IS HEREBY STIPULATED by and between the U.S. Attorney's Office and Thomas Brock, subject to the approval of the Court, that Plaintiff Thomas Brock may have an extension of 30 days in which to file his Answer to Defendant's Cross Motion for Summary Judgment in the matter of Brock v. Astrue, Civil No. 08-4829 CRB. Plaintiff's Answer is now due July 03, 2009.

//
//
//
//

1

2   Dated: 6/17/09                        By: _Georgana Roussos_

3                                             GEORGEANA ROUSSOS
                                              Attorney for Plaintiff
4

5

6

7                                         By: JOSEPH P. RUSSONIELLO
                                              United States Attorney
8

9

10  Dated: 6/17/09                        By: _Brenda Pullin_

11                                            Brenda M. Pullin
                                              Special Assistant U. S. Attorney
12

13                                        (As stipulated by phone
                                              on 6/3/09.)
14

15  PURSUANT TO STIPULATION, IT IS SO ORDERED:

16

17

18  Dated: __June 18, 2009__             By: _____

19                                            CHARLES R. ...
                                              United ...
20

21

22

23

24

25

26

27

28