IN THE UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| TOM H. BROCK,<br><br>　　　　　Plaintiff,<br><br>　v.<br><br>MICHAEL ASTRUE, Commissioner of the Social Security,<br><br>　　　　　Defendant.　　　　　　　　／ | No. C 08-04829 CRB<br><br>**JUDGMENT** |

The Court, having granted Defendant's Motion for Summary Judgment, enters judgment in favor of Defendant against Plaintiff.

**IT IS SO ORDERED.**

Dated: March 24, 2010

　　　　　　　　　　　　　　　　　　　　　CHARLES R. BREYER
　　　　　　　　　　　　　　　　　　　　　UNITED STATES DISTRICT JUDGE

G:\CRBALL\2008\4829\Judgment.wpd